# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| Matthew Richard Macdonough and : | |
| Erin Beth Macdonough fka Erin Beth Malone, : | BANKRUPTCY NO. 22-10254-pmm |
| Debtors : | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES, AND INCLUSION ON NOTICE LIST

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtors, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to our client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

| | |
|---|---|
| Riverfront Federal Credit Union<br>2609 Keiser Boulevard<br>Wyomissing, PA  19610 | Attorney and Address:<br>Eden R. Bucher, Esquire<br>Barley Snyder, LLP<br>2755 Century Boulevard<br>Wyomissing, PA  19610<br>Telephone No: (610) 372-3500<br>Email Address: ebucher@barley.com |

{01500864 }

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED: _February 25_, 2022        By: _/s/ Eden R. Bucher_
                                  Eden R. Bucher, Esquire
                                  Barley Snyder, LLP
                                  PA Attorney I.D. No. 66626
                                  2755 Century Boulevard
                                  Wyomissing, PA 19610
                                  (610) 372-3500
                                  ebucher@barley.com

I hereby certify that copies of this Entry of Appearance were served _February 25_, 2022 by ECF notice (electronically) upon:

Debtor's Attorney:
Peter J. Mulcahy, Esquire
Recovery Law Group
12 Penns Trail
Newtown, PA  18904

Chapter 13 Trustee
Scott F. Waterman, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

U.S. Trustee:
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

BARLEY SNYDER, LLP

Dated: _February 25_, 2022        By: _/s/ Eden R. Bucher_
                                  Eden R. Bucher Esquire
                                  Attorney I.D. No. 66626
                                  2755 Century Boulevard
                                  Wyomissing, PA 19610
                                  Telephone: 610-372-3500

{01500864 }