Certificate Number: 16339-PAE-DE-036407298

Bankruptcy Case Number: 22-10254



16339-PAE-DE-036407298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2022, at 8:50 o'clock PM EDT, Matthew Macdonough completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 17, 2022                 By:    /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title: Certified Financial Counselor