Certificate Number: 16339-PAE-DE-036407299

Bankruptcy Case Number: 22-10254



16339-PAE-DE-036407299

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2022, at 8:50 o'clock PM EDT, Erin Macdonough completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 17, 2022    By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor