## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Erin Beth Macdonough fka Erin Beth Malone<br>     Matthew Richard Macdonough<br>                 Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a<br>Quicken Loans Inc., its successors and/or assigns<br>                 Movant | |
|      vs. | NO. 22-10254 PMM |
| Erin Beth Macdonough fka Erin Beth Malone<br>Matthew Richard Macdonough<br>                 Debtor(s) | |
| Scott F. Waterman<br>                 Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about **March 3, 2022, docket number 22**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: May 3, 2022