Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10254-PMM**

Matthew Richard Macdonough
Erin Beth Macdonough
20 Sheep Hill Road
Fleetwood  PA    19522

Petition Filed Date: 02/03/2022
341 Hearing Date: 03/22/2022
Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/08/2022 | $949.00 | | 04/04/2022 | $949.00 | | 05/04/2022 | $949.00 | |
| 06/03/2022 | $1,108.00 | | 07/05/2022 | $1,108.00 | | 08/03/2022 | $1,108.00 | |

**Total Receipts for the Period: $6,171.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,171.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $8,217.42 | $0.00 | $0.00 |
| 2 | CARVANA LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,221.14 | $0.00 | $0.00 |
| 0 | Peter Mulcahy, Esquire | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 4 | ROCKET MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $2,322.50 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $2,293.16 | $0.00 | $0.00 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $4,965.37 | $0.00 | $0.00 |
| 7 | RIVERFRONT FEDERAL CU<br>»» 007 | Secured Creditors | $16,721.65 | $0.00 | $0.00 |
| 8 | LENDINGCLUB CORPORATION<br>»» 008 | Unsecured Creditors | $21,264.85 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $520.26 | $0.00 | $0.00 |
| 10 | LENDINGCLUB CORPORATION<br>»» 010 | Unsecured Creditors | $14,144.23 | $0.00 | $0.00 |
| 11 | MARINER FINANCE LLC<br>»» 011 | Unsecured Creditors | $8,439.76 | $0.00 | $0.00 |
| 12 | US DEPARTMENT OF HUD<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10254-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $6,171.00 | Current Monthly Payment: | $1,108.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $493.68 | Total Plan Base: | $66,003.00 |
| Funds on Hand: | $5,677.32 |  |  |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.