United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Matthew Richard Macdonough  
Erin Beth Macdonough  
    Debtors

Case No. 22-10254-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: 155 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Richard Macdonough, Erin Beth Macdonough, 20 Sheep Hill Road, Fleetwood, PA 19522-9600 |
| 14666480 | + | Berks County Court of Common Pleas, 633 Court St., Case No. 21-11453, Reading, PA 19601-4302 |
| 14666485 | + | Eden R. Bucher, Esq., 2755 Century Blvd., Case No. 21-11453, Wyomissing, PA 19610-3346 |
| 14666491 | + | Penn State Health, 500 University Drive, Hershey, PA 17033-2391 |
| 14666490 | + | Penn State Health, PO Box 448, East Petersburg, PA 17520-0448 |
| 14666492 | + | Pennsylvania Specialty Pathology, PO Box 7106, Lancaster, PA 17604-7106 |
| 14671828 | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Boulevard, Wyomissing, PA 19610 |
| 14666494 | + | Reading Dermatology, 3317 Penn Avnue, Reading, PA 19609-1436 |
| 14666495 | | Reading Pediatrics Inc, 541 W. Penn Avenue, PO Box 177, Robesonia, PA 19551-0177 |
| 14666496 | #+ | Riverfront Fed Cr Un, 430 S 4th St, Case No. 21-11453, Reading, PA 19602-2630 |
| 14671975 | + | Riverfront Federal Credit Union, c/o Eden R. Bucher, Esquire, Barley Snyder, LLP, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14669088 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14684952 | | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor 100 P, Philadelphia, PA 19107 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14666479 | + | Email/Text: g17768@att.com | Feb 02 2023 23:49:00 | AT&T, c/o Business Bankruptcy, PO Box 769, Arlington, TX 76004-0769 |
| 14666478 | + | Email/Text: backoffice@affirm.com | Feb 02 2023 23:49:00 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 14666481 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 02 2023 23:49:00 | Bridge Crest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 14666482 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2023 23:54:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14671178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2023 23:54:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14670891 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 02 2023 23:54:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14667821 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 02 2023 23:49:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14666483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2023 23:54:44 | Citibank/Best Buy, Citicorp Credit |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: 155 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14669461 | + | Email/Text: mrdiscen@discover.com | Feb 02 2023 23:49:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14666484 | + | Email/Text: mrdiscen@discover.com | Feb 02 2023 23:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14666486 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 02 2023 23:49:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14713554 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2023 23:49:00 | Internal Revenue Service, PO Box 211126, Philadelphia, PA 19114 |
| 14667743 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2023 23:54:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14666487 | + | Email/Text: Documentfiling@lciinc.com | Feb 02 2023 23:49:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14681721 | + | Email/Text: Documentfiling@lciinc.com | Feb 02 2023 23:49:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles,, CA 90088-4268 |
| 14666488 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 02 2023 23:49:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14682987 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 02 2023 23:49:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14666489 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 02 2023 23:54:37 | Merrick Bank, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 14682177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2023 23:54:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14666493 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2023 23:49:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14668959 | ^ | MEBN | Feb 02 2023 23:47:56 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14670357 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2023 23:49:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14666795 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2023 23:54:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14666685 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2023 23:54:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14682715 | *+ | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14671976 | *P++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338, address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Boulevard, Wyomissing, PA 19610 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: 155 | Total Noticed: 37 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

**Name**           **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

EDEN R. BUCHER
on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com  cbrelje@barley.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

PETER J. MULCAHY
on behalf of Debtor Matthew Richard Macdonough pmulcahy@recoverylawgroup.com  info@recoverylawgroup.com

PETER J. MULCAHY
on behalf of Joint Debtor Erin Beth Macdonough pmulcahy@recoverylawgroup.com  info@recoverylawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Matthew Richard Macdonough and
Erin Beth Macdonough
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−10254−pmm

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 2nd day of February 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

46
Form 155