## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Matthew Richard Macdonough and | ) | Bankruptcy No. 22-10254-PMM |
| Erin Beth Macdonough, | ) | |
| | ) | |
| Debtors. | ) | |

## **PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Debtors, Matthew Richard Macdonough and Erin Beth Macdonough, hereby withdraw the Motion to Modify Plan and support documents, which were filed with the Court on or about March 24, 2023, docket numbers 48-51.

April 26, 2023                                                                                    Respectfully submitted,

/s/ Peter J. Mulcahy
Attorney for Debtor
Peter J. Mulcahy, Esq. 61791
Recovery Law Group, APC
12 Penns Trail
Newton, PA 18940
pmulcahy@recoverylawgroup.com
Phone: 267-980-6858