**L.B.F. 2016-3A**
**"Short Form" Application of Counsel for Debtor for Compensation and Reimbursement
of Expenses in Chapter 13 Case**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Matthew Richard Macdonough,<br>　　　Erin Beth Macdonough, | ) | **Chapter 13** |
| **Debtor(s)** | )<br>) | |
| | ) | **Bky. No.** 22-10254-pmm |
| | ) | |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

*Name of applicant* applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1.　　Applicant is counsel for the debtor.

2.　　The debtor filed a petition under chapter 13 of the Bankruptcy Code on **02/03/2022.**

3.　　The debtor's annualized current monthly income as set forth on Form B22C is:

　　　**X**  above median (the amount on line 15 is not less than the amount on line 16).

　　　_____below median (the amount on line 15 is less  than the amount on line 16).

4.　　All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5.　　Applicant requests an award of compensation of $ **3,500.00**   for providing the following services: Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy; Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof

6.　　Applicant requests reimbursement of expenses in the amount of $ **0.00**   for the following expenses: *(Description of Expenses)*

7.　　The debtor paid Applicant $ **2,000.00**  prior to the filing of the petition.

8.　　A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9.　　None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $ **3,500.00** in compensation and of $ **0.00** in reimbursement of actual, necessary expenses.


Date: June 12, 2023

Signed: /s/ Peter J. Mulcahy

Peter J. Mulcahy, Esq.
Recovery Law Group, APC
12 Penns Trail, Newton, PA 18940
267-980-6858
765-400-1634
pmulcahy@recoverylawgroup.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Matthew Richard Macdonough**
       **Erin Beth Macdonough**                           Case No.   **22-10254**

                                         Debtor(s)       Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due | $ | 1,500.00 |

2.   $ __313.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Amendments to Schedules and other paperwork. Representation of the debtors in any contested matters, exemption disputes, dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

       **Negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 16, 2022**                 **/s/ Peter J. Mulcahy**
*Date*                                   **Peter J. Mulcahy**
                                       *Signature of Attorney*
                                       **Recovery Law Group, APC**
                                       **12 Penns Trail**
                                       **Newtown, PA 18940**
                                       **267-980-6858**
                                       **pmulcahy@recoverylawgroup.com**
                                       *Name of law firm*