**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 13** |
| | ) | |
| **Matthew Richard Macdonough and** | ) | **Bankruptcy No. 22-10254-PMM** |
| **Erin Beth Macdonough,** | ) | |
| | ) | |
| **Debtors.** | ) | |

### NOTICE OF APPLICATION OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RESPONSE DEADLINE

Movant, Peter J. Mulcahy of Recovery Law Group, APC, has filed an Application for Compensation and Reimbursement of Expenses pursuant to Local Rule 2016-1 and Local Rule 2016-3(a)(1) for a total of $3,500.00. $2,000.00 has been paid prior to the filing of the petition and $1,500.00 shall be paid through the Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the Court to grant the relief sough in the application or if you want the Court to hear your views on the application, then or before **June 28, 2023**, you or your attorney must do all of the following:

    a) File an answer explaining your position at

      Clerk, United States Bankruptcy Court
      201 Penn Street, Suite 103
      Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant:
      Peter J. Mulcahy, Esquire
      Recovery Law Group, APC
      12 Penns Trail
      Newton, PA 18940
      Phone: 267-980-6858
      Fax: 765-400-1634
      Email: pmulcahy@recoverylawgroup.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, the Court may enter an order granting the relief requested in the above application.

3. If a copy of the application is not enclosed, a copy of the application will be provided to you if you request a copy from the attorney named in paragraph 1(b), pursuant to Local Rule 2016-1(e).

4. If the Court sets a hearing date for the application for compensation and reimbursement of expenses, the Clerk, or, if the Court directs, the applicant shall serve the notice of hearing on the applicant, the objector, and those on the Clerk's Service List, pursuant to Local Rule 2016-1(g).

Date: June 14, 2023

      Respectfully submitted,

      /s/ Peter J. Mulcahy
      Attorney for Debtor
      Peter J. Mulcahy, Esq. 61791
      Recovery Law Group, APC
      12 Penns Trail
      Newton, PA 18940
      pmulcahy@recoverylawgroup.com
      Phone: 267-980-6858