# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Matthew Richard Macdonough and | ) | Bankruptcy No. 22-10254-PMM |
| Erin Beth Macdonough, | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 14th day of June, 2023, the Application for Compensation and Reimbursement of Expenses, Notice of Application, and Proposed Order was served upon those parties either electronically via CM/ECF or by regular mail as set forth below.

Via CM/ECF:

Eden R. Bucher ebucher@barley.com

Michael Patrick Farrington mfarrington@kmllawgroup.com

Brian Craig Nicholas bnicholas@kmllawgroup.com

Synchrony Bank claims@recoverycorp.com

Office of the United States Trustee USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman (Trustee) ECFMail@ReadingCh13.com

Via U.S. Mail:

See attached service list

Respectfully submitted,

/s/ Peter J. Mulcahy
Attorney for Debtor
Peter J. Mulcahy, Esq. 61791
Recovery Law Group, APC
12 Penns Trail
Newton, PA 18940
pmulcahy@recoverylawgroup.com
Phone: 267-980-6858

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 22-10254-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Wed Jun 14 15:54:57 EDT 2023 | Riverfront Federal Credit Union<br>c/o Eden R. Bucher, Esquire<br>Barley Snyder<br>2755 Century Boulevard<br>Wyomissing, PA 19610-3346 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Tax Claim Bureau<br>633 Court Street<br>Second Floor<br>Reading, PA 19601-4300 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | AT&T<br>c/o Business Bankruptcy<br>PO Box 769<br>Arlington, TX 76004-0769 | Affirm, Inc.<br>Attn: Bankruptcy<br>PO Box 720<br>San Francisco, CA 94104-0720 |
| Berks County Court of Common Pleas<br>633 Court St.<br>Case No. 21-11453<br>Reading, PA 19601-4302 | Bridge Crest<br>P.O. Box 53087<br>Phoenix, AZ 85072-3087 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Carvana, LLC<br>PO Box 29018<br>Phoenix, AZ 85038-9018 |
| Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Eden R. Bucher, Esq.<br>2755 Century Blvd.<br>Case No. 21-11453<br>Wyomissing, PA 19610-3346 | Freedom CU<br>Attn: Bankruptcy<br>626 Jacksonville Road, Suite 250<br>Warminster, PA 18974-4862 | Internal Revenue Service<br>PO Box 211126<br>Philadelphia, PA 19114 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendingClub<br>Attn: Bankruptcy<br>595 Market St, Ste 200<br>San Francisco, CA 94105-2802 | LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 |
| Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Merrick Bank<br>Attn: Bankruptcy<br>PO Box 5000<br>Draper, UT 84020-5000 |
| Penn State Health<br>500 University Drive<br>Hershey, PA 17033-2391 | Penn State Health<br>PO Box 448<br>East Petersburg, PA 17520-0448 | Pennsylvania Specialty Pathology<br>PO Box 7106<br>Lancaster, PA 17604-7106 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Reading Dermatology<br>3317 Penn Avnue<br>Reading, PA 19609-1436 |
| Reading Pediatrics Inc<br>541 W. Penn Avenue<br>PO Box 177<br>Robesonia, PA 19551-0177 | Riverfront Fed Cr Un<br>430 S 4th St<br>Case No. 21-11453<br>Reading, PA 19602-2630 | (p)RIVERFRONT FCU<br>2609 KEISER BLVD<br>WYOMISSING PA 19610-3338 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LL<br>f/k/a Quicken Loans Inc.<br>c/o Rebecca Solarz,Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Rocket Mortgage, LLC f/k/a Quicken Loans, LL<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Department of Housing and Urban Develop<br>The Wanamaker Building, 11th Floor 100 P<br>Philadelphia, PA 19107 | Erin Beth Macdonough<br>20 Sheep Hill Road<br>Fleetwood, PA 19522-9600 |
| Matthew Richard Macdonough<br>20 Sheep Hill Road<br>Fleetwood, PA 19522-9600 | PETER J. MULCAHY<br>Recovery Law Group<br>12 Penns Trail<br>Newtown, PA 18940-1892 | (p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE<br>2901 ST LAWRENCE AVE<br>SUITE 100<br>READING PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Riverfront Federal Credit Union<br>2609 Keiser Boulevard<br>Wyomissing, PA 19610 | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Rocket Mortgage, LLC f/k/a Quicken Loans, | (d)LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles,, CA 90088-4268 | (d)Riverfront Federal Credit Union<br>c/o Eden R. Bucher, Esquire<br>Barley Snyder, LLP<br>2755 Century Boulevard<br>Wyomissing, PA 19610-3346 |
| (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Sophia Nikolaidis<br>, PA | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     5<br>Total                  49 |