## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Matthew Richard Macdonough and | ) | Bankruptcy No. 22-10254-PMM |
| Erin Beth Macdonough, | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF NO RESPONSE

The undersigned person certifies to the Court under the penalties of perjury that a Notice of Application for Compensation was served on June 14, 2023, that the notice required copies of any written objections to be filed with the undersigned and the Court, that at least 14 days have elapsed, and that no written objection were received within 14 days of the date of service of that notice.

The undersigned therefore requests that the Court sign the proposed order allowing the Application for Compensation to be granted and for attorney fees to be paid through the Chapter 13 Plan by the Trustee.

July 19, 2023

/s/ Peter J. Mulcahy
Attorney for Debtor
Peter J. Mulcahy, Esq. 61791
Recovery Law Group, APC
12 Penns Trail
Newton, PA 18940
pmulcahy@recoverylawgroup.com
Phone: 267-980-6858

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 13** |
| | ) | |
| **Matthew Richard Macdonough and** | ) | **Bankruptcy No. 22-10254-PMM** |
| **Erin Beth Macdonough,** | ) | |
| | ) | |
| **Debtors.** | ) | |

## <u>CERTIFICATE OF SERVICE</u>

**IT IS HEREBY CERTIFIED** that on this 19th day of July 2023, the Certificate of No

Response was served upon those parties either electronically via CM/ECF or by regular mail set

forth below.

Via CM/ECF:

**Eden R. Bucher** ebucher@barley.com

**Michael Patrick Farrington** mfarrington@kmllawgroup.com

**Brian Craig Nicholas** bnicholas@kmllawgroup.com

**Synchrony Bank** claims@recoverycorp.com

**Office of the United States Trustee** USTPRegion03.PH.ECF@usdoj.gov

**Scott F. Waterman (Trustee)** ECFMail@ReadingCh13.com

Via U.S. Mail:

See attached service list

```
Label Matrix for local noticing        Riverfront Federal Credit Union       Tax Claim Bureau
0313-4                                  c/o Eden R. Bucher, Esquire           633 Court Street
Case 22-10254-pmm                       Barley Snyder                         Second Floor
Eastern District of Pennsylvania        2755 Century Boulevard                Reading, PA 19601-4300
Reading                                 Wyomissing, PA 19610-3346
Wed Jul 19 14:53:10 EDT 2023

U.S. Attorney Office                    United States Trustee                 Reading
c/o Virginia Powel, Esq.                Office of United States Trustee       United States Bankruptcy Court
Room 1250                               Robert N.C. Nix Federal Building      Office of the Clerk, Gateway Building
615 Chestnut Street                     900 Market Street                     201 Penn Street, 1st Floor
Philadelphia, PA 19106-4404             Suite 320                             Reading, PA 19601-4038
                                        Philadelphia, PA 19107-4202

AT&T                                    Affirm, Inc.                          Berks County Court of Common Pleas
c/o Business Bankruptcy                 Attn: Bankruptcy                      633 Court St.
PO Box 769                              PO Box 720                            Case No. 21-11453
Arlington, TX 76004-0769                San Francisco, CA 94104-0720          Reading, PA 19601-4302

Bridge Crest                            Capital One                           Capital One Bank (USA), N.A.
P.O. Box 53087                          Attn: Bankruptcy                      4515 N Santa Fe Ave
Phoenix, AZ 85072-3087                  PO Box 30285                          Oklahoma City, OK 73118-7901
                                        Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.            Carvana, LLC                          Citibank/Best Buy
by American InfoSource as agent         PO Box 29018                          Citicorp Credit Srvs/Centralized Bk dept
PO Box 71083                            Phoenix, AZ 85038-9018                PO Box 790034
Charlotte NC 28272-1083                                                       St Louis, MO 63179-0034

Discover Bank                           Discover Financial                    Eden R. Bucher, Esq.
Discover Product Inc                    Attn: Bankruptcy                      2755 Century Blvd.
PO BOX 3025                             PO Box 3025                           Case No. 21-11453
New Albany, OH 43054-3025               New Albany, OH 43054-3025             Wyomissing, PA 19610-3346

Freedom CU                              Internal Revenue Service              LVNV Funding, LLC
Attn: Bankruptcy                        PO Box 211126                         Resurgent Capital Services
626 Jacksonville Road, Suite 250        Philadelphia, PA 19114                PO Box 10587
Warminster, PA 18974-4862                                                     Greenville, SC 29603-0587

LendingClub                             LendingClub Bank, NA                  Mariner Finance, LLC
Attn: Bankruptcy                        P.O. BOX 884268                       8211 Town Center Drive
595 Market St, Ste 200                  Los Angeles, CA 90088-4268            Nottingham, MD 21236-5904
San Francisco, CA 94105-2802

Mariner Finance, LLC                    Merrick Bank                          Penn State Health
Attn: Bankruptcy                        Attn: Bankruptcy                      500 University Drive
8211 Town Center Drive                  PO Box 5000                           Hershey, PA 17033-2391
Nottingham, MD 21236-5904               Draper, UT 84020-5000

Penn State Health                       Pennsylvania Specialty Pathology      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 448                              PO Box 7106                           PO BOX 41067
East Petersburg, PA 17520-0448          Lancaster, PA 17604-7106              NORFOLK VA 23541-1067
```

Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226-3573

Reading Dermatology
3317 Penn Avnue
Reading, PA 19609-1436

Reading Pediatrics Inc
541 W. Penn Avenue
PO Box 177
Robesonia, PA 19551-0177

Riverfront Fed Cr Un
430 S 4th St
Case No. 21-11453
Reading, PA 19602-2630

(p)RIVERFRONT FCU
2609 KEISER BLVD
WYOMISSING PA 19610-3338

Rocket Mortgage, LLC f/k/a Quicken Loans, LL
f/k/a Quicken Loans Inc.
c/o Rebecca Solarz,Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Rocket Mortgage, LLC f/k/a Quicken Loans, LL
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

Rocket Mortgage, LLC f/k/a Quicken Loans, at
635 Woodward Avenue
Detroit MI 48226-3408

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Department of Housing and Urban Develop
The Wanamaker Building, 11th Floor 100 P
Philadelphia, PA 19107

Erin Beth Macdonough
20 Sheep Hill Road
Fleetwood, PA 19522-9600

Matthew Richard Macdonough
20 Sheep Hill Road
Fleetwood, PA 19522-9600

PETER J. MULCAHY
Recovery Law Group
12 Penns Trail
Newtown, PA 18940-1892

(p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Riverfront Federal Credit Union
2609 Keiser Boulevard
Wyomissing, PA 19610

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

(d)LendingClub Bank, NA
P.O. BOX 884268
Los Angeles,, CA 90088-4268

(d)Riverfront Federal Credit Union
c/o Eden R. Bucher, Esquire
Barley Snyder, LLP
2755 Century Boulevard
Wyomissing, PA 19610-3346

(u)Sophia Nikolaidis
, PA

End of Label Matrix
Mailable recipients    44
Bypassed recipients     4
Total                  48