**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Matthew Richard Macdonough and | ) | Bankruptcy No. 22-10254-PMM |
| Erin Beth Macdonough, | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING APPLICATION OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

On June 12, 2023, Movant, Peter. J. Mulcahy of Recovery Law Group, APC filed an Application for Compensation and Reimbursement of Expenses Pursuant to Local Rule 2016-1 and Local Rule 2016-3(a) in the amount of $3,500.00. $2,000.00 has been paid prior to the filing of the petition and $1,500.00 shall be paid through the Chapter 13 Plan.

AND NOW, this __20th__ day of __July__, 2023, upon consideration of the Application for Compensation and Reimbursement of Expenses, and any timely filed responses thereto, it is now, therefore.

**IT IS HEREBY ORDERED** that

(1) The Application for Compensation and Reimbursement of Expenses is GRANTED in the amount of $3,5000.00;

(2) The remainder of $1,500.00 shall be paid through the Chapter 13 Plan by the Chapter 13 Trustee.

By the Court,

*Patricia M. Mayer*

———————————————————

Honorable Patricia M. Mayer, Bankruptcy Judge

Dated: **July 20, 2023**