United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-10254-pmm

Matthew Richard Macdonough  Chapter 13

Erin Beth Macdonough

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Richard Macdonough, Erin Beth Macdonough, 20 Sheep Hill Road, Fleetwood, PA 19522-9600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

EDEN R. BUCHER
    on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com  cbrelje@barley.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

PETER J. MULCAHY
    on behalf of Joint Debtor Erin Beth Macdonough pmulcahy@recoverylawgroup.com  info@recoverylawgroup.com

PETER J. MULCAHY
    on behalf of Debtor Matthew Richard Macdonough pmulcahy@recoverylawgroup.com  info@recoverylawgroup.com

SCOTT F. WATERMAN [Chapter 13]

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Matthew Richard Macdonough and | ) | Bankruptcy No. 22-10254-PMM |
| Erin Beth Macdonough, | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING APPLICATION OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

On June 12, 2023, Movant, Peter. J. Mulcahy of Recovery Law Group, APC filed an Application for Compensation and Reimbursement of Expenses Pursuant to Local Rule 2016-1 and Local Rule 2016-3(a) in the amount of $3,500.00. $2,000.00 has been paid prior to the filing of the petition and $1,500.00 shall be paid through the Chapter 13 Plan.

AND NOW, this __20th__ day of __July__, 2023, upon consideration of the Application for Compensation and Reimbursement of Expenses, and any timely filed responses thereto, it is now, therefore.

**IT IS HEREBY ORDERED** that

(1) The Application for Compensation and Reimbursement of Expenses is GRANTED in the amount of $3,5000.00;

(2) The remainder of $1,500.00 shall be paid through the Chapter 13 Plan by the Chapter 13 Trustee.

By the Court,

*Patricia M. Mayer*
_____

Honorable Patricia M. Mayer, Bankruptcy Judge

Dated: **July 20, 2023**