Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-10254-PMM**

Matthew Richard Macdonough  
Erin Beth Macdonough  
20 Sheep Hill Road  
Fleetwood  PA    19522

Petition Filed Date: 02/03/2022  
341 Hearing Date: 03/22/2022  
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $1,108.00 | | 09/02/2022 | $1,108.00 | | 10/03/2022 | $1,108.00 | |
| 11/04/2022 | $1,108.00 | | 12/07/2022 | $1,108.00 | | 01/06/2023 | $1,108.00 | |
| 02/06/2023 | $1,108.00 | | 03/07/2023 | $1,108.00 | | 04/05/2023 | $1,108.00 | |
| 05/10/2023 | $500.00 | | 05/11/2023 | $224.00 | | 07/10/2023 | $724.00 | |

**Total Receipts for the Period:  $11,420.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,207.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $8,217.42 | $1,451.48 | $6,765.94 |
| 2 | CARVANA LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,221.14 | $745.60 | $3,475.54 |
| 0 | PETER MULCAHY ESQUIRE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 4 | ROCKET MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $2,322.50 | $2,322.50 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $2,293.16 | $405.05 | $1,888.11 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $4,965.37 | $877.05 | $4,088.32 |
| 7 | RIVERFRONT FEDERAL CU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LENDINGCLUB CORPORATION<br>»» 008 | Unsecured Creditors | $21,264.85 | $3,756.10 | $17,508.75 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $520.26 | $86.55 | $433.71 |
| 10 | LENDINGCLUB CORPORATION<br>»» 010 | Unsecured Creditors | $14,144.23 | $2,498.37 | $11,645.86 |
| 11 | MARINER FINANCE LLC<br>»» 011 | Unsecured Creditors | $8,439.76 | $1,490.75 | $6,949.01 |
| 12 | US DEPARTMENT OF HUD<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 22-10254-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,207.00 | Current Monthly Payment: | $724.00 |
| Paid to Claims: | $15,133.45 | Arrearages: | ($4,304.00) |
| Paid to Trustee: | $1,409.36 | Total Plan Base: | $43,311.00 |
| Funds on Hand: | $664.19 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.