| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-10254-PMM

| | |
|---|---|
| Matthew Richard Macdonough | Petition Filed Date: 02/03/2022 |
| Erin Beth Macdonough | 341 Hearing Date: 03/22/2022 |
| 20 Sheep Hill Road | Confirmation Date: 02/02/2023 |
| Fleetwood  PA    19522 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $724.00 | | 09/07/2023 | $724.00 | | 10/10/2023 | $724.00 | |
| 11/13/2023 | $724.00 | | 12/15/2023 | $724.00 | | 01/08/2024 | $724.00 | |
| 02/05/2024 | $724.00 | | 03/07/2024 | $724.00 | | 04/12/2024 | $724.00 | |
| 05/13/2024 | $724.00 | | 06/12/2024 | $724.00 | | 07/12/2024 | $724.00 | |

**Total Receipts for the Period:  $8,688.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $25,895.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $8,217.42 | $2,539.87 | $5,677.55 |
| 2 | CARVANA LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,221.14 | $1,304.65 | $2,916.49 |
| 0 | PETER J MULCAHY ESQUIRE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 4 | ROCKET MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $2,322.50 | $2,322.50 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $2,293.16 | $708.74 | $1,584.42 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $4,965.37 | $1,534.67 | $3,430.70 |
| 7 | RIVERFRONT FEDERAL CU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LENDINGCLUB CORPORATION<br>»» 008 | Unsecured Creditors | $21,264.85 | $6,572.54 | $14,692.31 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $520.26 | $155.50 | $364.76 |
| 10 | LENDINGCLUB CORPORATION<br>»» 010 | Unsecured Creditors | $14,144.23 | $4,371.74 | $9,772.49 |
| 11 | MARINER FINANCE LLC<br>»» 011 | Unsecured Creditors | $8,439.76 | $2,608.57 | $5,831.19 |
| 12 | US DEPARTMENT OF HUD<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10254-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,895.00 | Current Monthly Payment: | $724.00 |
| Paid to Claims: | $23,618.78 | Arrearages: | ($4,304.00) |
| Paid to Trustee: | $2,270.92 | Total Plan Base: | $43,311.00 |
| Funds on Hand: | $5.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.