Certificate Number: 20398-PAE-DE-041333946

Bankruptcy Case Number: 22-10254

20398-PAE-DE-041333946

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2026, at 3:19 o'clock PM EDT, Erin Macdonough completed a course on personal financial management given by internet by Westbay Mediation Group, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 17, 2026

By: /s/Wayne Redwood

Name: Wayne Redwood

Title: Manager