Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Matthew Richard Macdonough
Erin Beth Macdonough
20 Sheep Hill Road
Fleetwood, PA 19522

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-10254-PMM**

Petition Filed Date: 02/03/2022
341 Hearing Date: 03/22/2022
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $724.00 | | 09/18/2025 | $724.00 | | 10/21/2025 | $724.00 | |
| 11/19/2025 | $724.00 | | 12/18/2025 | $724.00 | | 01/20/2026 | $724.00 | |
| 02/19/2026 | $724.00 | | 03/18/2026 | $724.00 | | 04/20/2026 | $724.00 | |
| 05/18/2026 | $724.00 | | 06/18/2026 | $724.00 | | | | |

**Total Receipts for the Period: $7,964.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $42,547.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $8,217.42 | $4,428.43 | $3,788.99 |
| 2 | CARVANA LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,221.14 | $2,274.79 | $1,946.35 |
| 0 | PETER J MULCAHY ESQUIRE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 4 | ROCKET MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $2,322.50 | $2,322.50 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $2,293.16 | $1,235.76 | $1,057.40 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $4,965.37 | $2,675.82 | $2,289.55 |
| 7 | RIVERFRONT FEDERAL CU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LENDINGCLUB CORPORATION<br>»» 008 | Unsecured Creditors | $21,264.85 | $11,459.75 | $9,805.10 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $520.26 | $274.96 | $245.30 |
| 10 | LENDINGCLUB CORPORATION<br>»» 010 | Unsecured Creditors | $14,144.23 | $7,622.40 | $6,521.83 |
| 11 | MARINER FINANCE LLC<br>»» 011 | Unsecured Creditors | $8,439.76 | $4,548.20 | $3,891.56 |
| 12 | US DEPARTMENT OF HUD<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,547.00 | Current Monthly Payment: | $926.75 |
| Paid to Claims: | $38,342.61 | Arrearages: | $7,497.50 |
| Paid to Trustee: | $3,530.70 | Total Plan Base: | $55,605.00 |
| Funds on Hand: | $673.69 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.