**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Matthew Richard Macdonough | : | Chapter 13 |
| Erin Beth Macdonough | : | |
| Debtors | : | No. 22-10254-pmm |

**CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN**

The undersigned certifies that as of this day there has been no responsive pleading filed with respect to the Motion to Modify Plan and asks the Court to enter the proposed Order as filed with the Motion.

Respectfully submitted,

Date: September 23, 2026

*/s/ Rolando Ramos*

___________________________
Rolando Ramos, Esq.
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee