**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | | |
| **Matthew and Erin Macdonough,** | : | **Chapter 13** |
| | : | |
| | : | **Case No. 22-10254 (PMM)** |
| | : | |
| **Debtors.** | : | |

**---------------------------------------------------**

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 74, the “Motion”);

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 76) is **approved**.



**Date: 9/24/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**