United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Matthew Richard Macdonough
Erin Beth Macdonough
Debtors

Case No. 22-10254-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Oct 26, 2026 | Form ID: 138OBJ | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Richard Macdonough, Erin Beth Macdonough, 20 Sheep Hill Road, Fleetwood, PA 19522-9600 |
| 14666480 | + | Berks County Court of Common Pleas, 633 Court St., Case No. 21-11453, Reading, PA 19601-4302 |
| 14666485 | + | Eden R. Bucher, Esq., 2755 Century Blvd., Case No. 21-11453, Wyomissing, PA 19610-3346 |
| 14666491 | + | Penn State Health, 500 University Drive, Hershey, PA 17033-2391 |
| 14666490 | + | Penn State Health, PO Box 448, East Petersburg, PA 17520-0448 |
| 14666492 | + | Pennsylvania Specialty Pathology, PO Box 7106, Lancaster, PA 17604-7106 |
| 14671828 | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Boulevard, Wyomissing, PA 19610 |
| 14666494 | + | Reading Dermatology, 3317 Penn Avnue, Reading, PA 19609-1436 |
| 14666495 | | Reading Pediatrics Inc, 541 W. Penn Avenue, PO Box 177, Robesonia, PA 19551-0177 |
| 14671975 | + | Riverfront Federal Credit Union, c/o Eden R. Bucher, Esquire, Barley Snyder, LLP, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14669088 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14684952 | | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor 100 P, Philadelphia, PA 19107 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 27 2026 07:04:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 27 2026 07:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14666479 | + | Email/Text: g17768@att.com | Oct 27 2026 07:04:00 | AT&T, c/o Business Bankruptcy, PO Box 769, Arlington, TX 76004-0769 |
| 14666478 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 27 2026 07:20:27 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 14666481 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 27 2026 07:05:00 | Bridge Crest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 15000407 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 07:20:24 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15000765 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 07:20:21 | Bridgecrest Credit Company, LLC as Agent and Servi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 14666482 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 07:20:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14671178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 07:20:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14670891 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2026 07:10:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14667821 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 27 2026 07:05:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14666483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2026 07:20:24 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14669461 | + | Email/Text: mrdiscen@discover.com | Oct 27 2026 07:04:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14666484 | + | Email/Text: mrdiscen@discover.com | Oct 27 2026 07:04:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14666486 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 27 2026 07:04:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14713554 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 07:04:00 | Internal Revenue Service, PO Box 211126, Philadelphia, PA 19114 |
| 14667743 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 07:20:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14666487 | + | Email/Text: Documentfiling@lciinc.com | Oct 27 2026 07:04:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14681721 | + | Email/Text: Documentfiling@lciinc.com | Oct 27 2026 07:04:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles,, CA 90088-4268 |
| 14666488 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 27 2026 07:04:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14682987 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 27 2026 07:04:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14666489 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2026 07:09:42 | Merrick Bank, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 14682177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 07:10:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14666493 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 27 2026 07:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14668959 | ^ | MEBN | Oct 27 2026 06:58:12 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14670357 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 27 2026 07:04:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14666795 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 07:20:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14666685 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 07:20:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14682715 | *+ | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14671976 | *P++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338, address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Boulevard, Wyomissing, PA 19610 |
| 14666496 | ##+ | Riverfront Fed Cr Un, 430 S 4th St, Case No. 21-11453, Reading, PA 19602-2630 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| EDEN R. BUCHER | on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com cbrelje@barley.com;dkline@barley.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| PETER J. MULCAHY | on behalf of Debtor Matthew Richard Macdonough pmulcahy@recoverylawgroup.com info@recoverylawgroup.com |
| PETER J. MULCAHY | on behalf of Joint Debtor Erin Beth Macdonough pmulcahy@recoverylawgroup.com info@recoverylawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 83 − 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Matthew Richard Macdonough | ) | Case No. 22−10254−pmm |
| | ) | |
| | ) | |
| Erin Beth Macdonough | ) | Chapter: 13 |
| fka Erin Beth Malone | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed on or before **November 25, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 26, 2026

For The Court

Mohung Wong
Clerk of Court